# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LORINDA TANAKA as Assignee of**
**SHAYNA WARDLOW,**

      **Plaintiff,**

-vs-              Case No. 6:11-cv-2002-Orl-31KRS

**GEICO GENERAL INSURANCE**
**COMPANY a/k/a GEICO,**

      **Defendant.**
_____/

## ORDER

  This matter comes before the Court on the Motion to Remand (Doc.17) filed by the Plaintiff and the response in opposition (Doc. 21) filed by the Defendant.

  The only issue to be decided is whether the $75,000 amount in controversy requirement has been met in this bad-faith insurance case. The Plaintiff is asserting a claim for $39,842.42, representing the unpaid portion of the excess judgment the Plaintiff holds against the Defendant's insured. This leaves $35,157.58. Florida law provides that Plaintiffs in cases such as this one may recover their reasonable attorney's fees. Fla. Stat. § 627.428. Accordingly, such fees are to be included in assessing the amount in controversy. *Morrison v. Allstate Indem. Co.*, 228 F.3d 1255, 1265 (11th Cir. 2000).

  The Defendant has provided an affidavit from an attorney offering the opinion that the Plaintiff, should she prevail, would likely seek to recover in excess of $100,000 in attorney's fees. The Plaintiff does not seriously dispute this figure, instead appearing to argue that only the amount

of attorney's fees incurred at the time of removal can be considered when making that assessment. While the amount of fees incurred prior to removal would certainly constitute evidence as to the amount of fees that will eventually be incurred, for removal purpose the amount in controversy includes the latter rather than the former (at least where the statutes provide a right to recover fees). Accordingly, the Court finds it more likely than not that he amount of attorney's fees incurred by the Plaintiff will exceed $35,157.58, and therefore the amount in controversy exceeds $75,000, and the Motion to Remand (Doc. 17) is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 24, 2012.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party