# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LORINDA TANAKA as Assignee of**
**SHAYNA WARDLOW,**

                **Plaintiff,**

-vs-                                    Case No. 6:11-cv-2002-Orl-31KRS

**GEICO GENERAL INSURANCE**
**COMPANY a/k/a GEICO,**

                **Defendant.**
_____/

## ORDER

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO DISMISS COUNT III (Doc. No. 8)**
>
> **FILED:**      December 22, 2011
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. Unlike the situation in *Invo Florida, Inc. v. Somerset Venturer, Inc.*, 751 So.2d 1263 (Fla. 3d DCA 2000), upon which the Plaintiff relies, the alleged breach of fiduciary duty is not independent of the alleged breach of contract. As such, Count III is barred by the economic loss rule.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on January 24, 2012.

                                                    GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party