**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LORINDA TANAKA,**

      **Plaintiff,**

**V.**                                                       **Case No:  6:11-cv-2002-Orl-31KRS**

**GEICO GENERAL INSURANCE**
**COMPANY,**

      **Defendant.**

## ORDER

This cause comes before the Court on the Motion to Certify Order as Appealable (Doc. No. 26) filed by Plaintiff on February 3, 2012.

On February 29, 2012, the United States Magistrate Judge issued a report (Doc. No. 36) recommending that the motion be denied. No objections have been filed.  Therefore, it is

**ORDERED** as follows:

1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED**.

2.    The Motion to Certify Order as Appealable is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 19, 2012.

*[Signature]*
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party