# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LORINDA TANAKA,

      **Plaintiff,**

**v.**                                     **Case No:  6:11-cv-2002-Orl-31KRS**

GEICO GENERAL INSURANCE
COMPANY,

      **Defendant.**

## ORDER

This matter comes before the Court on the Motion for Reconsideration (Doc. 115) filed by the Plaintiff.  Based on the recent decision in *Tiara Condominium Association v. March & McClennan Co., Inc.*, 2013 WL 828003 (Fla. March 7, 2013), the Plaintiff seeks reconsideration of this Court's January 24, 2012 order (Doc. 24) dismissing Count III of her complaint.  Count III was dismissed on the grounds that it was barred by the economic loss rule.  In *Tiara Condominium*, the Florida Supreme Court held that Florida's economic loss rule applies only in products liability cases – which this is not.  The Defendant has indicated that it opposes reconsideration.

In consideration of the foregoing, it is hereby

**ORDERED** that the Motion for Reconsideration (Doc. 115) is **GRANTED**.  The Court will reconsider its previous decision (which remains in effect pending reconsideration).  To that end, on or before April 1, 2013, the Defendant shall file a supplemental memorandum, not to exceed ten pages in length, explaining why this Court's January 24, 2012 order should stand

despite the *Tiara Condominium* decision.   On or before April 8, 2012, the Plaintiff shall file a

reply memorandum not to exceed ten pages in length.

        **DONE** and **ORDERED** in Orlando, Florida on March 19, 2013.

                                            **GREGORY A. PRESNELL**
                                         **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties